[No. 2382–2.   Division Two.   January 26, 1978.]

CLAUSING–WORK INTERNATIONAL, *Appellant,* v. HERBERT MEIER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 235497, James V. Ramsdell, J., entered April 23, 1976. *Reversed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 2580–2.   Division Two.   January 26, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL S. RUNYON, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C–1865, Robert A. Hannan, J., entered October 1, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 2644–2.   Division Two.   January 27, 1978.]

SHIRLEY L. LAKE, ET AL, *Appellants,* v. RAINIER NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 55398, Gerry L. Alexander, J., entered November 22, 1976. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie, J., and Johnson, J. Pro Tem.